# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

July 8, 2009

**Before**

MICHAEL S. KANNE, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 08-1416

| | |
|---|---|
| LESLEY C. STEPHENS, | Appeal from the United States District |
|     *Plaintiff-Appellant*, | Court for the Northern District of |
| | Illinois, Eastern Division. |
|    *v.* | |
| | No. 06 C 0176 |
| CHARLES ERICKSON, et al., | |
|     *Defendants-Appellees*. | William J. Hibbler, |
| | *Judge*. |

**O R D E R**

The slip opinion issued in the above-entitled cause on June 30, 2009, is amended on page 1 to reflect the decided date as June 30, 2009.